1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GAYLON TESLAA, *et al.*,                    Case No. 2:25-cv-2685-DC-JDP (PS)

12              Plaintiffs,

13         v.                                    ORDER TO SHOW CAUSE

14   VEREUCK PROPERTIES LLC, *et al.*,

15              Defendants.

16

17         On November 7, 2025, defendant County of Mono filed a motion to dismiss this case for

18   failure to state a claim.  ECF No. 10.  To date, plaintiffs have not responded to defendant's

19   motion.

20         Under the court's local rules, a responding party is required to file an opposition or

21   statement of non-opposition to a motion no later than fourteen days after the date it was filed.

22   E.D. Cal. L.R. 230(c).  To manage its docket effectively, the court requires litigants to meet

23   certain deadlines.  The court may impose sanctions, including dismissing a case, for failure to

24   comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon*

25   *Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d

26   1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a

27   duty to administer justice expeditiously and avoid needless burden for the parties.  *See*

28   *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiffs the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendant's motion. Plaintiffs' failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The December 18, 2025 hearing on defendant's motion is continued to January 15, 2026, at 10:00 a.m.

2. By no later than December 19, 2025, plaintiffs shall file an opposition or statement of non-opposition to defendant's motion.

3. Plaintiffs shall show cause, by no later than December 19, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendant's motion.

4. Defendant County of Mono may file a reply to plaintiffs' opposition, if any, no later than January 8, 2026.

IT IS SO ORDERED.

Dated:    December 5, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2